**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7364**

─────────

DAVID BRIGHT,

Plaintiff - Appellant,

versus

C. MOORE, Sgt, CO III, 7 am to 3 pm shift; D.
BAKER, Officer, CO II, 7 am to 3 pm shift; E.
ITNYER, Officer, CO II 7 am to 3 pm shift;
OFFICER POWELL, Co I, 7 am to 3 pm shift; J.
ROSEBERRY, Officer, CO II, 7 am to 3 pm shift;
E. CLARK, Officer, CO II, 7 am to 3 pm shift;
J. B. AMBROSE, Officer, CO II, 7 am to 3 pm
shift; SERGEANT MARTIN, CO III 7 am to 3 pm
shift; AL DAVIS, Hearing Officer's Disciplin-
ary Hearing; JOSEPH P. SACHETT, Warden; T.
MUNSON, CO S,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
98-3814-CCB)

─────────

Submitted: February 24, 2000          Decided: March 3, 2000

─────────

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

─────────

Affirmed by unpublished per curiam opinion.

David Bright, Appellant Pro Se.  Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Bright appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Bright v. Moore, No. CA-98-3814-CCB (D. Md. Nov. 25, 1998 & Sept. 23, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED